UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DERRICK LEE SMITH,

       Petitioner,                        Case No. 1:17-cv-1082

v.                                              Honorable Paul L. Maloney

S.L. BURT,

       Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated: January 4, 2018                /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                       United States District Judge