UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DERRICK LEE SMITH,

       Petitioner,                    Case No. 1:17-cv-1082

v.                                        Honorable Paul L. Maloney

S.L. BURT,

       Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.


Dated:  January 4, 2018                    /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         United States District Judge